No. 53225.—The Hamburger Co., Inc., et al. *v.* United States, protests 109833–K/91544, etc. (Chicago).

# 334

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.